ROSADO ET AL. *v.* WYMAN, COMMISSIONER OF
SOCIAL SERVICES FOR THE STATE OF
NEW YORK, ET AL.

No. 1539. Decided June 23, 1969.*

*Carl Rachlin, Martin Garbus, James Spitzer,* and
*Morton Friedman* for petitioners in No. 1539 and appellants in No. 1540.

*Louis J. Lefkowitz,* Attorney General of New York,
*Samuel A. Hirshowitz,* First Assistant Attorney General,
*Amy Juviler,* Assistant Attorney General, and *Philip
Weinberg* for respondents in No. 1539 and appellees in
No. 1540.

*Morris H. Schneider* and *Jack Goldberg* for Barbaro
et al., and *Alan H. Levine, Eleanor Holmes Norton,
Martin M. Berger,* and *Jerome Kretchmer* for the American Civil Liberties Union et al., as *amici curiae.*

PER CURIAM.

The motions of Joseph Barbaro et al. and American
Civil Liberties Union et al. for leave to file briefs as
*amici curiae* are granted. The motion to expedite review
is denied.

The application to vacate the stays granted by the

---

*Together with No. 1540, *Rosado et al.* v. *Wyman, Commissioner
of Social Services for the State of New York, et al.,* on appeal from
the United States District Court for the Eastern District of New
York.

Court of Appeals on June 11, 1969, and June 19, 1969, of the injunctions of the District Court, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, is denied.

The petition for a writ of certiorari before judgment in No. 1539 is denied. The appeal in No. 1540 is dismissed for want of jurisdiction. *Mengelkoch* v. *Industrial Welfare Commission*, 393 U. S. 83 (1968); *Wilson* v. *Port Lavaca*, 391 U. S. 352 (1968).

MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN took no part in the consideration or decision of these cases.